DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO PRATT,**
Appellant,

v.

**DERYL LOAR,** in his official capacity as Sheriff of Indian River County,
Appellee.

No. 4D18-340

[March 21, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 31-2015-CA-000693.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Luke Savage and Susan Potter Norton of Allen, Norton & Blue, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***